(Rev. 5/05)



FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

(1) David Green Jr    184238
(Name of Plaintiff)    (Inmate Number)

D.C.C. 1181 Paddock Rd Smyrna DE 19977
(Complete Address with zip code)

(2) _____
(Name of Plaintiff)    (Inmate Number)

_____
(Complete Address with zip code)

(Each named party must be listed, and all names
must be printed or typed. Use additional sheets if needed)

vs.

(1) Stan Taylor / D.O.C.
(2) Warden Carroll / D.O.C
(3) Evelyn Steveson / classification
(Names of Defendants)

(Each named party must be listed, and all names
must be printed or typed. Use additional sheets if needed)

06 - 80

(Case Number)
( to be assigned by U.S. District Court)

# CIVIL COMPLAINT

• • Jury Trial Requested

I.  PREVIOUS LAWSUITS

 A.  If you have filed any other lawsuits in federal court while a prisoner, please list the caption and case number including year, as well as the name of the judicial officer to whom it was assigned:

None

II. **EXHAUSTION OF ADMINISTRATIVE REMEDIES**

In order to proceed in federal court, you must fully exhaust any available administrative remedies as to each ground on which you request action.

A. Is there a prisoner grievance procedure available at your present institution?   •(•Yes)   ••No

B. Have you fully exhausted your available administrative remedies regarding each of your present claims?   (•Yes)   ••No

C. If your answer to "B" is Yes:

1. What steps did you take? Grievance, Cpt Henry, Major Huffmey, Warden Carroll, Stan taylor, Ms Jayme Jackson

2. What was the result? No response

D. If your answer to "B" is No, explain why not: _____

III. **DEFENDANTS** (in order listed on the caption)

(1) Name of first defendant: Stan Taylor / D.O.C
   Employed as Commissioner at ⬛⬛⬛
   Mailing address with zip code: 245 McKee Rd Dover DE 19904

(2) Name of second defendant: Thomas L. Carrall / D.O.C.
   Employed as Warden at D.C.C.
   Mailing address with zip code: 1181 Paddock Rd Smyrna DE 19977

(3) Name of third defendant: Evelyn Stevcson / D.O.C.
   Employed as Classification officer at D.C.C.
   Mailing address with zip code: 1181 Paddock Rd. Smyrna DE 19977

(List any additional defendants, their employment, and addresses with zip codes, on extra sheets if necessary)

2

IV. STATEMENT OF CLAIM

(State as briefly as possible the facts of your case. Describe how each defendant is involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. Attach no more than three extra sheets of paper if necessary.)

1. Plaintiff claim of discrimination and being deny Procedure due Process. On Dec 6, 05 Plaintiff was classified to Medium high security with 10 points but under the classification guidelines 9-16 point is medium security. Plaintiff complaints that being place in Building 22 deprived Plaintiff of the right to work earn goodtime, Vocational training, groups, church services every week

2. The plaintiff is being deny the opportunty to do so. Plaintiff files and prison record doesnot put the Plaintiff at a Medium high level. Plaintiff appealed MOT/Classification decision and recieve no response. Classification broad refuses to listen

3. This —— Extra paper

V. RELIEF

(State briefly exactly what you want the Court to do for you. Make no legal arguments. Cite no cases or statutes.)

1. Pain & suffering constant headaches, stressing, back pains being lock in 21½ hours a day unable to work school earn goodtime, Vocational training, groups, church services everyweek $50 000 dollars

3

2. Punitive damages, That the courts order D.O.C. to correct the matter and pay the plaintiff $500 dollar a day for the time the Plaintiff was a higher security

3. That defendants/D.O.C. take more pride in there work in the future and check the records before make there decisions

I declare under penalty of perjury that the foregoing is true and correct.

Signed this __6__ day of __Feburary__, __2006__.

_David Green Jr._
(Signature of Plaintiff 1)

_____
(Signature of Plaintiff 2)

_____
(Signature of Plaintiff 3)

4

(statement of facts)

Violated Plaintiff due Process right to hear and be heard. Prison officials/defendants Stan Taylor/all are obligated to take the necessary step so Plantiff can hear and be heard, Plaintiff was deprived of the opportunity when Plaintiff recieve no response to the letter's plaintiff wrote to Cpt Henry, Major Hoffmen, Grievance, Warden Carroll Stan Taylor and Mrs Jayme Jackson who is in charge of classification Appeals the plaintiff recieved no response from defendants. The Plaintiff recieved a response from Mrs Atallian who is the Plaintiff counselor, which did not resolve the matter, Enclosed you will fine Letter the Plaintiff wrote seeking answers with the exception of one to Mrs Jayme Jackson. The Plaintiff as been place at Medium High security with 10 points is discrimination because under the point system 9-16 is medium security, Plaintiff was place in a Medium High unit which deprived Plaintiff of the right to work, earn good time, school, Vocational training, etc., which is a Violation of Plaintiff right to equal Opportunity under Procedures due process clause. The Plaintiff understand that there are overriding factors that could Put the Plaintiff at a higher security not just points, you have behavior, charge prison record. the plaintiff ask counselor Atallien what where the overriding factors that cause the plaintiff to be Place at a higher security if it wasn't the points, The Plaintiff recieve no response, Which is Clearly a Violation of Procedure due Process, the right to hear and be heard, Equal Opportunity under the 14th amendment The Plaintiff is serving a 10 months

Statement of facts

Sentence for Violation of Probation, the Plaintiff have be found guilty of one write up in the last five years at Howard R. Young correctional Institute in 9/03, which play a part in Plaintiff Classification. The Plaintiff was moved to a Medium high unit before the C.I.C.B. appooved the move according to Plaintiff's counselor Mrs Atallian the M.D.T braod recommended Medium high security and it tates at lease 1-2 weeks for the C.I.C.B to approve or disapprove the plaintiff was classified on the 6 day of December and was moved on 12-8-05.

The Plaintiff filed an appeal on his classification and recieve no response, which Violates Plaintiff right to hear and be heard and the right to be present under the Procedures due process clause under the 14th amendment.

{Names of Defendants}

Cpt Henry/D.O.C.    D.C.C. 1181 Paddock Rd   Smyrna Delaware 19977 (Captian)

Major Hoffmen/D.O.C.    Same address    (Major)

Mrs Cindy Atallian/D.O.C.    Same address (Counselor)

Mrs Jayme Jackson    Same address (Appeal counselor)

# Certificate of Service

I, David Green Jr, hereby certify that I have served a true and correct cop(ies) of the attached: Document is Served (Civil Complaint) upon the following parties/person (s):

TO: Clerk US District Court Lock box 18 844 N. King street Wilmington DE 19801

TO: Stan Taylor 245 McKee Rd Dover DE 19904

TO: Thomas L. Carroll 1181 Paddock Rd. D.C.C. Smyrna Delaware 19977

TO: Evelyn Steveson D.C.C. 1181 Paddock Rd. Smyrna Delaware 19977

**BY PLACING SAME IN A SEALED ENVELOPE** and depositing same in the United States Mail at the Delaware Correctional Center, 1181 Paddock Road, Smyrna, DE 19977.

On this 6 day of Feburary, 2006

David Green Jr.



IM Mr. David Graeen Jr
SBI# 184238    UNIT B-22-CL4
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Clerk US District
Court Lock box 18
844 N. King Street
Wilmington Delaware
19801

