IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

DAVID GREEN JR.                    )
                                   )
            Plaintiff,             )
                                   )
       v.                          ) Civil Action No. 06-080-GMS
                                   )
STAN TAYLOR, WARDEN CARROLL,       )
EVELYN STEVENSON, CPT. HENRY,      )
MAJOR HOFFMAN, CINDY ATALLIAN,     )
JAYME JACKSON                      )
                                   )
            Defendants.            )

FILED

MAR 10 2006

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

**AUTHORIZATION**

I, David Green Jr., request and authorize the agency holding me in custody to disburse to the Clerk of the Court all payments pursuant to 28 U.S.C. § 1915(b) and required by the Court's order dated __2/22__ , 2006.

This authorization is furnished to the Clerk of Court in connection with the filing of a civil action, and I understand that the filing fee for the complaint is $250.00. I also understand that the entire filing fee may be deducted from my trust account regardless of the outcome of my civil action. This authorization shall apply to any other agency into whose custody I may be transferred.

Date: __3 / 8__ , 2006.

_David Green Jr._

Signature of Plaintiff



UNITED STATES POSTAGE
$ 00.39⁰
02 1A
0004608975    MAR 09 2006
MAILED FROM ZIP CODE 19977
PITNEY BOWES

Clerk of Court
U.S. D.C.
844 King Street
Lock Box 19 Wilm., DE
19801

I/M Mr. David Green Jr
SBI# 186238    UNIT B-22 CC4
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977