

IN THE UNITED STATE DISTRICT
COURT FOR THE DISTRICT OF DELAWARE

David GReen JR          )
      PlaINTIFF          )
                         )
                         )
      V.                 )  CIVIL ActIoN NO.
                         )  1:06-CV-80 GMS
Stanley Taylor /et al    )
      DEFENdANTS         )
                         )

FILED

MAR 3 1 2006

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

PURSUANT TO RULE 15

The plaintiff hereby respectfully moves
this honorable court to amend pursuant to
Federal civil procedural Rule 15 to incorporate
the enclosed statement of facts along with
supporting evidence Exhibits 1-9-A to plaintiff
original claim.

Date: 3-27-06

Respectfully
      Submitted
David Green Jr.

Statement of facts

The Plaintiff states that despite the defendants minimal evidence used to support defendants putting the plaintiff at a meduim high unit, when the Plaintiff is clearly a meduim low inmate according to the point system. The Plaintiff has not been found guilt of a major rule infraction sent 9/03, However the plaintiff file an appeal on the M.D.T decision on 12-6-05 to the IBCC and was denied for no Justifiable reason on 2-21-06 (See Exhibit-97-A), Thats Enclosed with this statement of facts. The Plaintiff is not trying to get out of jail, the plaintiff is trying to be treated fairly and not be discriminated against, and be denied procedural due process clauses and Equal protection/opportunity under the 14th Amendment. (See Vitek v Jones 100 S.ct 1254 1980) The plaintiff also states that according to the Self help manual Pg 267, the Plaintiff has a right to hear and be heard and be Present the plaitiff was not present. That is plaintiff's most basic due process right under the 14th amendment. The plaintiff also states that plaintiff wasn't given a opportunity to challenge the basis of the defendants/ classification IBCC boards decision, The plaintiff also states that the plaintiff should have been given a witten notice as to why the plaintiff is being held at Meduim High security level, The defendants should have some explanation for the action ultimately taken concerning the plaintiff Meduim High security level.

The Plaintiff also states that defendants deprived Plaintiff of the rights to Education classes, Vo tech, work programs, groups and to earn goodtime., by placing the plaintiff at a meduim high security level. The Plaintiff also states that the defendants didnot give Plaintiff a specific notice for placing Plaintiff at a higher security level, serious question is needed to be ask is the defendants being fair to indentify, Justify and assign the right committee to oversee Appear hearing and or all hearing?, The plaintiff also states that plaintiff is entitled to a advance written notice of all the specific reasons that the plaintiff is being place at a meduim high security level. (see Aystin V. Wilkinson 189 F supp 2d 719)., Under the point system the plaintiff was never told what the alleged overriding factors that was used to place Plaintiff at a high security level. The plaintiff took the right steps trying to resolve the matter; (See Exhibits 1-9 A) The plaintiff also states that the defendants denied the plaintiff due process in a number of ways. (First) The defendants deliberately failed to give reason for plaintiff being at a higher security level. (Second) The plaintiff wasn't given notices of a classification hearing and wasn't allowed to speak at the MDT classification hearing which is the first of Three boards, which is made up of a counselor and a prison LT. (Third) The plaintiff was moved before it was appoved by the CICB board which is the second board, The Plaintiff was classified on 12-6-05 and was moved on 12-7-05

One to two weeks for the CICB Board to approve or disapprove. The plaintiff recieve nothing from the CICB or the IBCC until plaintiff file an appeal. The defendants never identify the basis for its decision and the factors relied upon. The Plaintiff also state that Plaintiff right to legal protection was violated by being place in a Max security level with less than 6 months to go on Plaintiff sentence for no reason was given to the plaintiff, but according to the point system plaintiff is suppose to be at a Minimum security level instead the plaintiff has been placed at a higher security level with lifer with short time to go on plaintiff sentence which is a violation of plaintiff right to legal protection, under the 14th amendment.

Date

David Green Jr.



United States District
Court 844 N. King
Street
Wilmington Delaware
19801

M Mr David Green Sr
B# 189238 UNIT B-22 C4
DELAWARE CORRECTIONAL CENTER
81 PADDOCK ROAD
SMYRNA, DELAWARE 19977

December 21, 2005

David Green, 184238
22
CL4

I received your letter. Yesterday, we discussed the appeal process, so I think that part of the letter has been answered.   You asked about the write-ups.  On reclassifications, we do go back 18 months for the number of write-ups, and five years for the most severe. On initials (which your case was), we go back for 5 years for the most severe, but the points are higher on initials.    You had a fight from 9/03, which cost 7 points.  On a reclassification, at this time, you would receive 5 points at your next review.

If you have further questions, just let me know.

Cindy Atallian
Counselor – 22

January 4, 2006

David Green, Jr. 184238
22
CL4

I pulled your file to answer your questions about your classification. It was noted on your classification that you had a fight in 2003 and another in January 2005. It was further noted that the write-up from 1/05 was not heard because you were released. Technically, anyone from 9 – 16 points falls in the medium range, and that can be medium on the compound or medium high in the MHU. There is even an override factor where if behavior indicates a need for higher security, the person could be moved to a higher level such as medium high and have minimum points, so points are not the only factor that contribute to where a person is sent.

Since your release date is in May 2006, you do not have a further review. However, you can do Peer Relations while in 22 if you like. Just let me know if you want to start on this independent distance-learning program. You can also request to work after you have been in the building for 90 days. You can earn good time from working and going to school (let me know if you want to be placed in class).

I hope this answers your questions. If not, let me know.

Cindy Atallian
Counselor – 22

Exhibit 3-A

January 19, 2006

David Green, Jr., 184238
22
CL4

I received your letter.   The MDT recommended you for medium/high.    The CICB, which is the board at the Administration Building that reviews classifications, approved you for medium high.   As long as you submitted your appeal, that should go through the process, and you will receive a decision from the IBCC in Classification.

Attached is a Peer Relations package if you would like to start on this program.  If the videos are not shown, submit without them, and you will still be given full credit.

Thank you,

Cindy Atallian
Counselor – 22



# Offender Status Sheet

**Date:** 12/05/2005

| | |
|---|---|
| SBI #: __00184238__ | Name: __DAVID GREEN__ |
| Location(s): __DCC,DO52__ | Level(s): __3,5,0__    Race: __BLACK__    DOB: __ _ _ 1966__ |
| AKA: __FRANKLIN H GREEN; KEITH JOHNSON; DAVID GREEN; DAVID GREEN__ | |
| Offender Type: __Sentenced,Sentenced Probationer__    Officer(s): __Kay, Jeffrey R. (52)__ | |

| | | Level: 5 | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

| Start Date: 07/31/2005 | MED: 05/30/2006 | STRD: 05/10/2006 | ADJ: 05/10/2006 | PED: | | | | Statutory Days Earned: 20.00 | | | | |

| CASE#/ Court/ Type | CRA#/ Judge | Charge Desc/ Sen. Type/ Sentence Date | Status/ Eff. Date | Length Y | M | D | Start Dt | MED | STRD | Adj Date | CR | Wk |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0410018847 | VN0412011101 | VIOL O/PROBATN | Current | | | | | | | | | |
| U7 | Mary M Johnston | STANDARD  12/01/2005 | 09/07/2005 | | 10 | 0 | 07/31/2005 | 05/30/2006 | 05/10/2006 | 05/10/2006 | | |

Special Conditions:

| CRA# | Level | Code | Condition Description | Condition Comments |
|---|---|---|---|---|
| VN0412011101 | 5 | CRT1 | Other Conditions: | AS TO 0111 (VOP - RSP) EFFECTIVE 7/31/05, SENTENCED TO 1 YEAR LEVEL 5 WITH CREDIT FOR 38 DAYS PREVIOUSLY SERVED SUSPENDED AFTER 10 MONTHS LEVEL 5 WITH NO PROBATION TO FOLLOW. KF<br>** EFFECTIVE DATE IS 7/31/05 DUE TO RECEIVING CREDIT FOR 38 DAYS. |

Exhibit 3-A

February 2, 2006

David Green, 184238
22
CL4

Attached is a gate money form and a release plan.  Please complete and return to me for processing.   As we discussed at the law library, no program at DCC allows you to earn good time.  However, if you complete the program, you would have a point deducted at your next classification for program completion.

It usually takes about 5 weeks to hear an appeal.

All factors are taken into consideration at your classification.  At an initial, your charge, open charges, escape history, age, number of prior felonies, most serious prior felony (10 years prior to this conviction), any write-ups for the last 5 years and then points for time remaining all count in the process of review to see where you will be housed.  All of the initial classifications are reviewed and a final decision made at the CICB level in Dover.

If you have any other questions, let me know.

Cindy Atallian
Counselor – 22



February 10, 2006

David Green, 184238
22
CL4

Your appeal has been received in the Classification Office and will be scheduled to be heard by the IBCC Board in the near future.    Upon approval, the IBCC decision sheet will be sent through your counselor for delivery to you.

Thank you,

Cindy Atallian
Acting Classification Officer



February 27, 2006

David Green, Jr. 184238
22
CL4

Your phones should be working now.  If not, let me know if you are having problems
with the number your referenced.   Your appeal decision from the IBCC was sent out on
Friday morning of last week.

I need to know what county you wish to live in so that I can see what programs might be
available to assist your upon release.

Thank you,

Cindy Atallian
Counselor – 22

Exhibits B. #A

TO: _David Green_____ SBI: __184038___

DATE: ___12/6/05_____

FROM:    CLASSIFICATION OFFICE

RE:    INITIAL CLASSIFICATION

This is to inform you that the Multi-Disciplinary Team (MDT) has classified you to ____Med H/c___ Security Level.  You will be required to complete your treatment plan and follow institutional rules.  Negative behavior, excessive write-ups, or failure to complete your treatment plan will result in a higher security level.   Your individual treatment plan is listed below and your assigned counselor will monitor your progress.  Direct questions to your Counselor.

**NOTE:  This classification is subject to higher review.**

### TREATMENT PLAN

_MHU Programs_
_MH Groups_

Inmate Signature: _David Green K._
Date: ___12/6/05_____

Next Review: __10__

RA Score: __NFR___

**Three Part Form**
**Original:  Records**
**Pink:  File**
**Yellow:  Inmate**
FORM# 961 (3 pt)


## DELAWARE CORRECTIONAL CENTER ---- MEMORANDUM

TO:      Inmate _David Green_, SBI# _18428_, Housing Unit _22_

VIA:     Counselor _Hallian_

FROM:    I.B.C.C.

DATE:    _2/21/06_

RE:      Classification Results

Your M.D.T. has recommended you for the following: _Approl_

The I.B.C.C.'s decision is to:

___✓___ Approve _Cont. Med/High, MHU Programs, MH_

___✓___ Not Approve _____

_____ Defer _____

_____ Recommend _____

_____ Not Recommend _____

## BECAUSE:

_____ Lack of program participation          _____ Time remaining on sentence
_____ Pending disciplinary action            _____ Prior failure under supervision
_____ Gradual phasing indicated              _____ Poor institutional adjustment
_____ Open charges                           _____ Serious nature of offense
_____ Prior criminal history
_____ Failure to follow your treatment plan in that you _____

_____ You present a current and continuous danger to the safety of staff, other inmates, or the good
      order of the Institution. Explanation: _____

**OTHER:** _Rev : NFR_

## ADDITIONAL COMMENTS:

_____ Develop/continue treatment plan with counselor

You will be expected to address the following: _____

Copy to: Classification
         Inmate                                    Form #456
         Institution File                          Revised 11/97

Eibghits    9-A

February 23, 2006

David Greene, 184238
22
CL4

I received your letter. Your appeal was heard on this past Tuesday.  From there, it is
reviewed by the Major and then the Warden before it is finalized.  We should have an
answer by next week.  I will send it to you as soon as I receive any information.

Thank you,

Cindy Atallian
Counselor – 22

Exhibits 9-H

March 1, 2006

David Green, Jr.184238
22
CL4

I received your letter.   The IBCC reviewed your file and your letter while making the determination of a decision on your appeal.  You would have to write to Classification for specifics or to see if you could go any higher than an appeal.  Mrs. Stevenson is the Classification Officer for Medium and Minimum.  Mrs. Jackson is the Classification Officer for MHU and SHU.

I also sent you a letter this morning about me contacting Father Jackson.   It sounds like you are already a step ahead by completing the application.  I will be available for staff from St. Vincent DePaul to talk to me whenever they like, and I outlined earlier today that I might need more information from you.

Hopefully, the remaining time will pass quickly.

Cindy Atallian
Counselor – 22

Exhibits 4-A

SPEED LETTER

TO

David Green
18423
22 CL4

**FROM**

Cindy Apollari
Counselor-22

SUBJECT:

MESSAGE

I received your letter. thank you for giving me the information. Mr. Jackson will hear your appeal. Unfortunately, I cannot give out folders.

Thank you.

DATE 03/02/06    SIGNED (Cindy)

REPLY:

DATE

SIGNED

FORM #: 535    SEND PARTS 1 & 2 INTACT. PART 2 WILL BE RETURNED WITH REPLY. RETAIN PART 3 FOR FILE.